974

No. 915. ATKINS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Zach H. Douglas* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 920. BLANCHARD *v.* CITY OF SHREVEPORT. Supreme Court of Louisiana. Certiorari denied. Petitioner *pro se. Fred Simon* for respondent.

No. 922. LELLES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Stephen V. Carey* and *John F. Dore* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle R. Cappello* for the United States.

No. 926. EDMUNDS ET AL., DOING BUSINESS AS J. S. EDMUNDS & SONS, *v.* RALSTON PURINA Co. C. A. 4th Cir. Certiorari denied. *C. T. Graydon* for petitioners. *David W. Robinson* and *James F. Dreher* for respondent.

No. 928. BUER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Fred P. Schuman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Paul A. Sweeney* and *Morton Hollander* for the United States.

No. 603. VERHAAGEN ET AL. *v.* REEDER, CITY MANAGER OF NORFOLK, ET AL. Supreme Court of Appeals of Virginia. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Louis B. Fine* for petitioners. *Virgil S. Gore, Jr.* for respondents.